■ In the Matter of KENNYA S., a Child Alleged to be Neglected. KENSADER S., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [932 NYS2d 698]—

Under the circumstances of this case, notwithstanding the findings of the Family Court, the isolated instance of excessive corporal punishment resulting in relatively mild physical injuries (depicted in photographs in the record) does not support a finding of neglect (*see Matter of Chanika B.*, 60 AD3d 671 [2009]; *Matter of Christian O.*, 51 AD3d 402 [2008]). Concur—Friedman, J.P., Catterson, Moskowitz, Freedman and Abdus-Salaam, JJ.